**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**MENG TUAN WANG, Defendant–**
**Appellant.**

No. 06–10179
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 14, 2007.

Meng Tuan Wang, Pecos, TX, pro se.

Before DAVIS, BARKSDALE, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Meng Tuan Wang appeals from the sentence imposed at resentencing pursuant to his guilty-plea conviction for conspiracy to possess with intent to distribute approximately 1,000 doses of MDMA. Wang was sentenced to 100 months of imprisonment and three years of supervised release. Wang argues that the imposed sentence was unreasonable because (1) there was an unwarranted disparity between his sentence and his codefendant's sentence, (2) his sentence failed to reflect his rehabilita-

tive progress following his original sentencing, and (3) his sentence should have been lower in light of the weak evidence against him.

Wang correctly concedes that his first argument is foreclosed by this court's holding in *United States v. Duhon,* 440 F.3d 711, 720 (5th Cir.2006). His remaining arguments fail to show that his sentence was unreasonable, especially in light of the great deference accorded under *United States v. Mares,* 402 F.3d 511, 518–20 (5th Cir.), *cert. denied,* 546 U.S. 828, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005).

The district court's judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.